# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RYAN THOMAS-EDDINS OLSEN, | |
| Plaintiff, | |
| -vs- | CASE NO. 1:24-cv-04233-MLB-JCF |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT LLC, | |
| Defendants. | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC

COMES NOW Plaintiff, RYAN THOMAS-EDDINS OLSEN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 18th day of October, 2024.

                                 **/s/Octavio Gomez**
                                 Octavio "Tav" Gomez
                                 Florida Bar #:0338620
                                 Georgia Bar #: 617963
                                 Pennsylvania #: 325066
                                 The Consumer Lawyers, PLLC
                                 412 E. Madison St, Ste 916
                                 Tampa, FL 33602
                                 Office: (813)299-8537
                                 Facsimile: (844)951-3933
                                 Primary Email:
                                 Tav@theconsumerlawyers.com
                                 Secondary Email:
                                 Lisa@theconsumerlawyers.com
                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 18th day of October, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*