UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RYAN THOMAS-EDDINS OLSEN, <br><br> Plaintiff, <br><br> -vs- <br><br> EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT LLC, <br><br> Defendants. | CASE NO. 1:24-cv-04233-MLB-JCF |

### NOTICE OF SETTLEMENT AS TO DEFENDANT, COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT LLC

COMES NOW Plaintiff, RYAN THOMAS-EDDINS OLSEN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

1

Dated this 21st day of October, 2024.

                                              **/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers, PLLC
501 E Kennedy Blvd, Ste 610
Tampa, FL 33602
Office: (813)299-8537
Facsimile: (844)951-3933
Primary Email: Tav@theconsumerlawyers.com
Secondary Email: Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 21st day of October, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*