UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RYAN THOMAS-EDDINS OLSEN,

  Plaintiff,

v.

                             CASE NO.: 1:24-cv-04233-MLB-JCF

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and
COLUMBIA DEBT RECOVERY, LLC
d/b/a GENESIS CREDIT
MANAGEMENT LLC,

     Defendants.
_____/

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC AND COLUMBIA DEBT RECOVERY, LLC D/B/A GENESIS CREDIT MANAGEMENT LLC</u>**

COMES NOW Plaintiff, RYAN THOMAS-EDDINS OLSEN, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendants EQUIFAX INFORMATION SERVICES LLC ("Equifax") and COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT LLC ("Genesis"). Defendants, Equifax and Genesis, have neither filed an answer to the Complaint, nor

a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this December 27, 2024.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers, PLLC
501 E. Kennedy Blvd, Ste 610
Tampa, FL 33602
Office: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 27th of December, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*
